AO 450 (Rev. 5/85)

# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
#### SOUTHERN DIVISION

| | |
|---|---|
| CAROL S. ASHFORD,<br>　　Plaintiff,<br><br>v.<br><br>COUNTRYWIDE HOME LOANS,<br>BANK OF AMERICA, BANK OF NEW YORK,<br>BANK OF NEW YORK MELLON, and<br>BROCK & SCOTT, PLLC,<br>　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 7:10-CV-162-D** |

Decision by the Court:

　　**IT IS ORDERED AND ADJUDGED** that plaintiff's request for injunctive relief [D.E. 2] is DISMISSED for lack of subject-matter jurisdiction. This matter has been closed by the Clerk of Court.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **OCTOBER 18, 2010** WITH A COPY TO:

Carol S. Ashford (via USPS to 112 South East 55th Street, Oak Island, NC 28465)
James R. White (via CM/ECF Notice of Electronic Filing)
D. Anderson Carmen (via CM/ECF Notice of Electronic Filing)


October 18, 2010　　　　　　　　　　　　　　DENNIS P. IAVARONE, Clerk
Date　　　　　　　　　　　　　　　　　　　　Eastern District of North Carolina

　　　　　　　　　　　　　　　　　　　　　　/s/ Debby Sawyer
　　　　　　　　　　　　　　　　　　　　　　(By) Deputy Clerk

Raleigh, North Carolina